IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| WALTER L. DAVIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | CV 123-197 |
| ) | |
| RICHMOND COUNTY MARSHALS ) | |
| OFFICE; OFFICER BRANTLEY; OFFICER ) | |
| BILLMAN; OFFICER GRIER; OFFICER ) | |
| WIGGINS; OFFICER BROWN; OFFICER ) | |
| HART; and OFFICER ROCHE, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **DISMISSES** this case without prejudice, and **CLOSES** this civil action.

SO ORDERED this ___4th___ day of ___March___, 2024, at Augusta, Georgia.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA